

# MV Yorktown

a market evaluation survey
by US Shipbrokers, LLC

performed for:
KFW IPEX Bank
Michael Moore Esq.

*File Photos*

# www.usshipbrokers.com

# Brokers Note - Summary

The M/V Yorktown is a modern looking vessel that has a sleek appearance of an oversized yacht. She has 148 passengers berths in 69 cabins (138 PAX max sailing). However, there are limited on board revenue capabilities, as the vessel is only equipped with one lounge, a dining room and a sun deck (originally intended as an all inclusive vessel). The vessel does have a well equipped galley with ample dry, refrigerated and freezer storage. In addition, the vessel has a full laundry facility to handle its needs.

The intended use of the vessel when built in 1988 for Clipper Cruise Lines, was to operate a small yet classy U.S. Flagged vessel that could cater to passengers and travel groups within small ports and seaside villages within the U.S. Since the vessel is U.S. flagged, she is able to trade within the Jones Act, enabling her to sail between U.S. ports without having to go foreign.  She is limited to coastwise trade of no more than 20 nautical miles offshore navigation. The vessel is not equipped with stabilizers and therefore do not handle a sea state of more than 4 feet with any ease. (This has been documented in numerous on-line blogs of the vessel by her passengers). The onboard USCG COI limits the vessels sailing route and conditions with this in mind. She may not leave port if weather conditions call for a sea state in excess of 5 feet and winds in excess of 50 knots (Note attached COI). The vessels certificates and documents appear to be all expired, including her life rafts and fire depression systems. During our inspection, we did not see any machinery or navigation equipment operate as the vessel was in cold layup.

Similar vessels have been marketed and sold recently for further use. We have attached two such vessels. The vessel with very similar size and characteristics built in 1995 as passenger vessel is the M/V Pacific Explorer. She was also operated by Cruise West. She was initially marketed by her owners for usd$2,500,000.00, however after two years of marketing and her certificates expired, she was sold for usd$650,000.00 on terms from her owner. It is reported that $1,000,000.00 was spent on her refurbishment after the sale that included re-certification. This vessel is now being used by the oil industry as an accommodation vessel. The second U.S. Flagged vessel, although a bit smaller, is still on the market for sale, and has been for the past 2+years, is the M/V Expo Clipper. She had a short charter use for BP Oil as an accommodation vessel for 120 days, otherwise she is in idle lay up as well. Her asking price from her owners was usd$1,850,000.00 but has as of today been lowered to $750,000.00. Another recent sale was the M/V Sea Voyager, now named the Safari Voyager and operating for UN-Cruise Expedition, she sold 8+ months ago for usd $700,000.00. The market for a small U.S. Flagged passenger vessel is small, and the track record of the operators of these U.S Flagged vessels are not very stable. The largest factor, being their high cost of crew, limited areas of operation and newer expedition tonnage being introduced into the market from both U.S. competition and foreign completion, where the operator skirts the Jones Act by visiting a foreign port during their cruise itineraries.

The M/V Yorktown is seeing quick deterioration of her appearance in our opinion and would need a sizable refurbishment prior to entering operation in the ever competitive small ship expedition cruise market. We do not see the U.S. Flag as a major asset to the vessel. Vessels of this aged size and condition, have been recently sold to foreign operators for use as accommodation vessels and in smaller emerging markets where a less costly crew and flag can be applied.
We believe that the vessel should be quickly marketed, first in U.S. publications, where

perhaps a cash buyer that would require a U.S. Documented and registered vessel for their operation, but more likely is a cash foreign buyer for alternative use. Based on the vessels current condition requirement of re-certification and refurbishment, with the major cruising season now already in progress and thereby lost, we believe an asking price in the usd$1.5-2+ million range would be a attainable.

One note of caution, the vessel was built as a Large T vessel which gave beneficial crewing and tonnage regulations, but no international trading except for at the time limited passenger numbers to Canada and Bahamas per bilateral agreements. She was reinspected with stability letter as a Small Passenger Vessel (K/SOLAS) which entitle her to international voyages. However as stated before, she currently has trading restrictions and also is benefitted by a SOLAS exemptions Certificate, thus she only carry life rafts and fast rescue boats and no Life Boats. Her space and stability would most likely not allow for a lifeboat system with launching davits. If she remains past inspection time exceeding the allowed time-frame by USCG, they may not reinspect her with her "Grandfather Characteristics", but would apply "New Rules" possible limiting her international trading further.

# Subject vessel: MV Yorktown

| | |
|---|---|
| Built: | 1988  First Coast Shipbuilding Co, Green Cove Springs, FL |
| Official Number: | 928931 |
| Call Sign: | WTA4768 |
| IMO no: | 8949472 |
| Registry: | USA |
| Class: | USCG Inspected / ABS Load Line |
| SOLAS: | Yes, restricted, exemption certificate |
| LOA: | 275 ft  83.82 meters |
| BEAM: | 43 ft   13.12 meters |
| Draft: | 9.5 ft  2.9 meters |
| Air draft (height above Water): | 64 ft   19.51 meters |
| US Tonnages: | 97 gross, 66 net |
| ITC Tonnage: | 2344 gross 804 net |
| Panama Canal: | 2828 gross 2292 net |
| | |
| Total Persons onboard: | 180 |
| Passengers: | 138 |
| Crew: | 42 MAX |
| PAX Cabins: | 69 |
| | |
| Propulsion: | 2 x Detroit Diesel Engines 1671, 1960 Total HP Twin 5 bed propellers, Twin rudders. 325 HP Bow Thruster |
| Generators: | 2 x Detroit Diesel 1892 1 Caterpilar 325KW each 1 emergency generator |
| Fuel Capacity: | 43,952 gallons |
| Anchors: | 2 Bow Anchors, 7 shots chain each, 1 stern anchor |

- 11 staterooms have the possibility of accommodating a third person in a pullman berth.
- There is 1 single cabin.

On-Board Amenities:
Air-Conditioning/Heating
Sun Deck with Bar and Deck Chairs
Lounge with Bar and Lounge Seating for 150 with stage and large screen TV
Dinning Room with Seating for 150
Electrical Voltage/Equipment 110VAC/60hz
Gift Shop
Hair Dryer - each bathroom
Library
There is a fleet of small fast tenders / Rescue Boats which ferry passengers ashore for exploring and sightseeing.

www.usshipbrokers.com

The purpose of this appraisal was to estimate the current Fair Market Value and Remaining Economic Life of the vessel. The subject vessel has been valued using generally accepted appraisal principles and theory. This appraisal report conforms to the Uniform Standards of Professional Appraisal Practice (USPAP) published by the Appraisal Standards Board, and the Principles of Appraisal Practice and Code of Ethics of the American Society of Appraisers

Marine equipment is built for a dynamic market and can be used worldwide, subject to limitations in mobilization, both physical and economical. In estimating the value of equipment, its age, condition, and suitability for trade are important factors.
To determine an opinion of value of a vessel or unit of marine equipment, an attempt is made to utilize the three approaches to value as appropriate to the appraisal assignment.

Using the ***cost approach***, the appraiser starts with the current replacement or reproduction cost of the property being appraised and then deducts for the loss in value caused by physical deterioration, functional obsolescence, and economic obsolescence. The logic behind the cost approach is the principle of substitution: a prudent buyer will not pay more for a properly than the cost of acquiring a substitute property of equivalent utility.

For the cost approach analysis, we determine equipments current day replacement cost, the cost of building a new vessel of like design, capacity and for horsepower at the current market rates. After deducting an estimated terminal value, this value is then depreciated over the expected economic life of a similar piece of equipment. The calendar remaining economic life is adjusted, either up or down, for the condition of the equipment as noted by the surveyor at time of survey to reflect the apparent physical remaining economic life.

Equipment that has recently been rebuilt or re-powered would have years added to its remaining expected economic life. Conversely, equipment in need of repairs, maintenance, or re-powering would have years removed from its remaining expected economic life.

With the ***sales comparison*** approach, the procedure is to gather data on sales and offerings of similar assets, determine their comparability to the subject asset, determine the appropriate units of comparison, collect and array the data, analyze and adjust the data, and apply the results to the subject.

We continue to analyze value by the sales comparison approach when appropriate data and information are available. Here comparable sales, current asking prices, and general market conditions are considered. The comparables found are adjusted to match the subject being appraised. Some of the information on comparables is based on our constant contact with owners, operators, brokers, buyers of marine related equipment.

The ***income approach*** is a method for measuring the present value of a marine asset's expected future benefits, usually via a discounted cash flow analysis. It is used only when sufficient historical data such as income flows and related expenses are, are provided to the appraiser.

**DEFINITIONS**
*The definitions used by US Shipbrokers LLC appraisal reports are based on those adopted by The American Society of Appraisers Machinery & Technical Committee in 2010.*

• *Fair market value* is an opinion, expressed in terms of money, at which a property would change hands between a willing buyer and a willing seller, neither under any compulsion to buy or sell, and both having reasonable knowledge of relevant facts, as of a specific date.

- *Replacement cost* is the current cost of a similar new property having the nearest equivalent utility as the property being appraised as of a specific date.
- *Economic useful life* is the estimated period of time that a new property may be profitably used for the purpose for which it was intended. Stated another way, economic life is the estimated number of years that a new property can before it would pay the owner to replace it with the most economical replacement property that could perform an equivalent service. Functional or economic obsolescence factors may limit a property's economic life. An asset's economic life will often be less than its normal useful life.
- *Remaining Useful Life* is the estimated period which a property of a certain effective age is expected to be used before it is retired from service.
- *Scrap Value* is an opinion of amount, expressed in terms of money that could be realized for the property if it were sold for its material content, not for a productive use, as of a specific date.

US Shipbrokers are an active participant in the world wide market for passenger vessels and maintain contact throughout the world, follows offerings and sales on a daily basis and maintain current information of market trends. In addition research data from Fairplay and Clarkson Research are utilized

# History of M/V Yorktown

The Yorktown is the ex-Yorktown Clipper and is registered in the U.S. and has an all-American crew. Measuring 257 feet long, 43 feet wide, and with a draft of just eight feet, the Yorktown was specifically designed for cruising in coastal waters; the ship's easy maneuverability and shallow draft enable exploration of secluded waterways beyond the reach of bigger ships. A fleet of motorized landing craft can be launched in minutes for spontaneous landings on small islands and deserted beaches. The spacious Observation Lounge and elegant dining salon are window-lined so that the outside world is always in view.
The Yorktown was built in 1988 in Green Cove Springs, Florida, by First Coast Shipbuilding Co.  Power is provided by two Detroit diesel propulsion engines rated approximately 900 HP each, and maneuverability is increased by a 300 HP bow thruster. This ship is equipped with an Electronic Chart Precise Integrated Navigation System (ECPINS), which combines navigational data on one screen and meets the stringent requirements of the International Maritime Organization (IMO). She was one of the first cruise ships to be equipped with this advanced system back in her day.

The Yorktown Clipper is classified +A1 Passenger Vessel +AMS by the American Bureau of Shipping and is certified for coastwise and international service by the United States Coast Guard. The ship carries a Passenger Ship Safety Certificate issued under the provisions of the International Convention for the Safety of Life at Sea (SOLAS), and a Certificate of Sanitary Construction issued by the FDA.

It entered service as Yorktown Clipper (under Clipper Cruise Lines) in 1988 and became Cruise West's Spirit of Yorktown in 2006.

When Cruise West went bankrupt in 2010, the nine ships in its fleet, each able to carry between 72 and 138 passengers, were snatched up by other small lines. Yorktown, bought by Travel Dynamics International (TDI) in 2011 and launched for the 2012 season with U.S. and Central American itineraries, comes from this lineage.

# Current Market Situation for US Flagged small Passenger Vessels

The market for a small U.S. Flagged passenger vessel is mostly seasonal and limited. The track record of the operators of these U.S Flagged vessels are not very stable, and are saturated with startups with some success on new routes or with new vessels for then folding after a few years once the novelty wears off. The largest factor, being their high cost of crew, limited areas of operation and newer expedition tonnage being introduced into the market from both U.S. and foreign competition, where the operator skirts the Jones Act by visiting a foreign port during their cruise itineraries.

Also a major factor is high investment and capital cost per passenger for newbuildings, as the market for these specialty cruises are small and the port facilities services require smaller vessels, thereby demanding a relatively high per diem. Although the passenger and itineraries attract possible a different market segment than the large international destination cruise lines, the amenities onboard these mega-ships, the service level and the price level cannot but at some point be compared to the domestic cruise offerings. The trends has shown because of the seasonal aspect, it is difficult to make small domestic cruising a lasting success. Lately, new buildings of domestic cruising vessels have also tried to get more economy of scale, the latest Pearl Mist built for 210 pax at a price tag of USD 40 mil. On the other hand, American Cruise Lines are getting the scale operating with a fleet of smaller vessels, although all modern.

Common plight is that during the off-season, it would be hard with these vessels to offer competitive international cruise itineraries.

## Value Considerations
*Recent sales offerings and time in the market.*

**M/V Pacific Explorer** was completed in 1995 as a passenger vessel. She was also operated by Cruise West. She was initially marketed by her owners for USD 2,500,000.00, however after two years of marketing and her certificates expired, she was sold for USD 650,000.00 on terms from her owner.



The second U.S. Flagged vessel, although a bit smaller, is still on the market for sale, and has been for the past 2+years, is the **M/V Expo Clipper**. She had a short charter use for BP Oil as an accommodation vessel for 120 days, otherwise she is in cold layup as well. Her asking price from her owners was USD 1,850,000.00 but has as of today been lowered to USD 750,000.00.



Another recent sale was the **M/V Sea Voyager**, now named the Safari Voyager and operating for UN-Cruise Expedition, she sold 8+ months ago for USD 700,000.00.



www.usshipbrokers.com

Cape May Light Cape Cod Light (now **Sea Voyager** and Sea Discoverer)

Laying next to the Yorktown in Green Cove Springs is the Sea Voyager.

Built 2002 Cape May Light, which completed only two cruises for Delta Queen Coastal Voyages prior to the bankruptcy, and her unfinished sister ship, Cape Cod Light, were repossessed by the shipyard and eventually sold to International Shipping Partners and renamed Sea Discoverer and Sea Voyager, but remained largely unused for years aside from a charter to the United Nations to house aid workers after the 2010 Haiti earthquake, a workers accommodations charter in Canada and a short student housing charter in Maryland.

Both vessel was eventually re-flaged Bahamian Flag as the owners had no prospect of successful US port to port cruising. The Sea Discoverer has successfully been employed as a wind-farm accommodation vessel in Europe on a long term charter, while the Sea Voyager is back in Green Cove Springs with no employment in sight. However, these vessel have larger capacity, and are certified for up to 250 miles offshore / short international SOLAS.

*Remaining useful life*. A cruise vessels life-span are more determined by their trade, their customers, cruise line and even their competition than technical life-span. Obviously upkeep and appearance will contribute to both the technical life as well as the economic life, measured in revenue potential compared to cost of operation. A typical passenger cruise vessel has as a rule of thumb between 25 to 40 year practical services. The spread is more determined by market factors than technical factors.  US vessels typically have a longer useful life than many foreign built vessels. This would largely be attributed to the Jones Act and the limited supply of new buildings.  A tugboat, a small ferry or a day cruise vessel can enjoy a prolonged service beyond what would be expected, but for this category of small overnight cruise vessel would the competition in the market have tremendous impact.

In our opinion, with the recommended upgrades to the air-conditioning system, an overall refurbishment of the vessel, this vessel should have another 10 years *remaining useful life* from a strictly technical point of view. Based on the prevailing market situation for domestic cruising as discussed above, the vessels *economic useful life* as a US cruise vessel; would be limited.

*Alternative markets and alternative use*.  Since operating cost compared to revenue is the dominant factor in making a single vessel small US cruise operation difficult, niche markets not yet explored by the international cruise lines would be beneficial to explore, where operators are seeking vessel with relatively low capital cost for their ongoing or startup ventures. Panama Canal cruises, remote Caribbean island hopping, no more than 40 miles apart could be a niche for the vessel.

However, several of these small passenger vessels have found that service to a growing demand for temporary accommodation use in remote locations; have a more steady income, no revenue erosions compared to sales in the travel sector and fairly predictable operating cost. As a accommodation vessel, she can easy have another 10 year *useful economical life*.

*Scrap Value* The vessel because of its size have a very limited market for demolition, as it would be prohibitively expensive to transport or sail a vessel with such low lightship weight to any other market than close by. Demolition markets for a small vessel of this type located in Florida would be Texas and the Dominican Republic. Prices obtained for demolition tonnage in Texas are insignificant, as traditionally they have ample supply of Navy vessels that by mandate must be disposed of in the US, creating a Buyers market and price level. The Dominican Republic have no end-use purpose of the steel, thereby they ship all their scrap metal to smelting containerized after processing. The Dominican Republic base their offers for demolition prospects on the unfeasibility of bringing a small vessel to high paying markets in Turkey and India.

However, a steel re-bar facility exists in Jacksonville that is purchaser of cut up steel ready for processing. A scrap demolition company has specialized on ad-hoc demolition of smaller vessels in Green Cove or Jacksonville on rented facility with own portable processing equipment. Last vessel processed yielded USD 297 per ton at the smelting facility for processed steel making an "as is where is price" available to the vessel of USD 180 per ton. The lightship weight of the vessel needs to be verified, but using the light displacement numbers of 1286 long ton (from stability letter), would yield a demolition value of the vessel of at the most USD 231,480.

*Replacement cost* of the vessel would not necessarily be a major guiding figure, as it is doubtful that a vessel with exact these characteristics would be built in today's market. The last vessel of this type would be the Perl Mist with a passenger capacity of 210 and a price tag of USD 40 mil. The calculated new replacement cost of a vessel with the capacity of the Yorktown would be between 25 and 27 mil USD. For a Cost approach to be a reliable must an accurate replacement cost be calculated, thereafter a determination of the physical depreciation not including the scrap valued salvageable. In this case, the method is not deemed relevant as the factors to determine sale for unique assets are more market driven than a calculated value would reflect.

An *income approach* to calculate the marine assets value would not be appropriate under the non-operational condition and considering that the operation would not be considered an economical success. Besides, we have not had access the financial reports of the company.

Based on a Sales comparison Approach, the comparable's mentioned in the report has not justified values over one million USD, but with marketing and presentation to the right market segment we believe that a *Fair Market Value* of  USD1,500,000 in "as is" condition and possible towards 2 million if vessels maintenance and repair items are addressed

The above opinion has been given in good faith but neither the company nor its officers shall be held responsible for any errors or omissions. It has been provided solely for the use of the party who commissioned it and no responsibility can be accepted to any other parties. Furthermore this valuation is not to be used without our prior consent in any public/private offering in respect of shares, IPO's or bonds etc., or in any arbitration Court proceedings and we reserve the right to withhold such consent without providing any reason for such refusal.

www.usshipbrokers.com

## Inspection in Green Cove Springs

We inspected the vessel MV Yorktown in Green Cove Springs on Friday May 9, 2014. Present during the inspection was Marty Ray Griffin, currently caretaker of the vessel on behalf V-Ship, now attending the vessel 2-3 days per week. He had served onboard as Sous-chef and had good knowledge about the vessel and its operation. Also attending was John M. Brown representing the Clay County Port, Espen M. Tandberg and Kjell Tandberg, both from US Shipbrokers, LLC.

The vessel was in cold layup, with no machinery running, and apart from the 2-3 times per week air out of the vessel, no machinery or equipment would be started or operated.

The purpose of the inspection was to get a visual impression of the condition of the vessel and its equipment, to get a base for evaluating its value and market potential. No machinery started or void spaces opened during the inspection, however the vessel had moved by its own power into layup as late as March. She had had a diver's hull inspection in Jacksonville in January.

The vessel was found to be an all steel hull and superstructure, welded, four deck, twin screw, diesel powered, mono-hul USCG Inspected and documented Large T / Small Passenger Vessel (K/SOLAS)

Cabins, all passenger cabins were found to be in generally good condition, clean carpet and bedding, good design and layout for the size, however none of the cabins had TV or mini-fridge.

Halls, stairs and corridors was found to be in good condition, clean carpets and good appearance.

Lounges, dining area was found to be in generally good condition, but with a bit "dated appearance"

Outdoor areas had teak wood railings that were in good condition, teak deck that had a maritime upscale appearance and good surface maintenance, but appeared to be slipping from the underlying steel-deck on a number of places. Based on experience, this needs to be addressed, when a teak-deck slip, it indicates possible corrosion below, and if not addressed with removal and sealant would create needs for steel replacement and hot work. Many cruise vessels have recently replaced old teak decking or being built new with a new type of bonded artificial teak-plank decking that would have a longer life-span and not needing daily upkeep as a real teak deck requires.

Vessel have started to develop quite a bit of surface rust and behind paint corrosion bubbles that gives an esthetic negative impression of the outdoor areas. With a vessel with limited public areas, the outdoor areas becomes a centerpiece of attraction for the passengers, therfore it is imperative to address the rust and corrosion quickly. With the limited onboard activity offerings, the outdoor top-deck barbeque was boosted to be the highlight of every cruise.

Operational issues:
Vessel was said to be mechanically operating well except for bow-thruster that repeatedly were giving problems and causing the vessel to need tug-boat assistance for docking when wind or current condition made need for reliable bow thruster a requirement.
A third new generator had been added for redundancy and peak power requirement.
Air-conditioning was described as a problem area, possible a ducting or distribution problem.  Some cabins were reported as being freezing cold while other had cooling complaints.

Air conditioning in crew quarters were said to be a major issue, with temporary ducts hanging from ceiling to alleviate a distribution problem. It was said that temperature in the crew quarters regularly exceeded 90 degree Fahrenheit.
Ducts and air-conditioning in the crew-quarter most likely needs to be addressed for any operator as well as the general condition of the crew quarters, were surfaces was corroded, paint worn and flooring missing with bare steel. The crew quarters could be characterized as below the standard that normally would be acceptable for US sailors. With the introduction of local air handlers and distributed HVAC system, what is described as a air-duct and distribution problem could potentially be cured by using a different approach in these areas.

Navigation equipment said to be in working order and appropriate for trade.

The vessel appeared to be in compliance with all USCG requirement, however the certificate of inspection is now expired, and the vessel and several pieces of equipment (life rafts, fire-extingusers) need to be serviced and inspected. The vessel is considered to be capable of continued service as a passenger vessel after reinspection and extensive maintenance work, decks, sandblasting, paint, air-conditioning system bow-thruster.
In the opinion of the undersigned, the vessel is deemed well designed and suited for its usage and domestic route, however the 20 miles offshore restriction severely limits its international trading or between islands capabilities.

It should also be mentioned that as she was constructed as a T vessel, she was built without an elevator per exemptions available to T vessels. This gives her an ADA disadvantage, although in compliance per her exemptions, other passenger vessels with multilevel passenger facilities offer handicap friendly elevators.

This examination have been made without removals or openings up areas or parts ordinarily concealed or openings machinery or testing for tightness and are subject to any condition which would have been revealed if such procedures had been accomplished. Further, no determination of stability characteristics or inherent structural integrity has been made and no opinion in this respect is expressed.

This survey was conducted, reported and rendered without prejudice and in the interest of whom it may concern

Kjell Tandberg
US Shipbrokers, LLC

The vessel was found to be comprised of four decks which were identified, as follows:

4. Deck Four – Sun Deck
3. Deck Three – Promenade Deck
2. Deck Two – Lounge Deck
1. Deck One – Main Deck
0. "0" Deck – Hull



www.usshipbrokers.com

# Yorktown deck by deck

## Sun Deck

The top deck is the focal and gathering point on the Yorktown and the outdoor barbeques are described as the highlights of the cruise in a number of cruise blogs and publications. Also a covered bar.



Also on the top deck are 4 balcony Suites located

## Promenade Deck

This deck features all cabins with direct access to the promenade walkway





*File Photos*

# www.usshipbrokers.com

# Lounge Deck



*File Photo*

Lounge Deck has spacious panorama windows, with library wall and a bar. This doubles as a meeting room. Ample seating for a full passenger compliment.

*File Photo*

# Main Deck



Main Deck contain Dining Room with seating capacity for a full compliment of passengers. The Galley is located directly behind the dining room.



*File Photo*



*File Photo*





*File Photo*



*File Photos*

www.usshipbrokers.com



















*Photos Green Cove May 9, 2014*








Galley well equipped, laundry facility for passengers and separate for crew.

Air-conditioning and general condition of crew quarters needs attention














In Green Cove

*Photos Green Cove May 9, 2014*

# www.usshipbrokers.com









Cabins and hallways in very good condition



*Photos Green Cove May 9, 2014*

# www.usshipbrokers.com



# US Shipbrokers, LLC

World Trade Center, 1101 Channelside Dr. Suite 315, Tampa FL 33602 tel +1 813-448-3845, fax +1 813-448-3845 info@usshipbrokers.com
Kjell Tandberg mobile +1 352 476 6083, kjell@usshipbrokers.com Espen M. Tandberg mobile +1 954 850 1878, espen@usshipbrokers.com

US Shipbrokers, as exclusive broker and consultant for many well-known ship owners, have over the recent years assisted several well-known entities in their passenger vessel needs. We have performed services in the past for both DVB Bank, Clipper Group, Color Line, Fred Olsen Cruises, Imperial Majesty Cruise Line, Discovery Cruise Line, Celebration Cruise Lines, Southern Grace Cruises, Bimini Breeze Express, LSU University, Tulane University and AMA Capital Partners just to name a few. We have also provided emergency housing relief vessels for both Hurricane Katrina and Hurricane Ike.

Connected as sales representatives for Fjellstrand of Norway, possible the most renowned builder of high speed catamarans we have sold and assisted in sale of numerous Fjellstrand vessels in Americas.

Another service we perform is assessments for vessel values for Maritime attorney's i.e. "Tampa Based Law Firm of Lau, Lane, Piper, McCreadie", Glenn Kolk P.A. of Miami.

We have been court appointed appraisers and consultants for US Federal Court.

We are an approved provider of maritime services to the United Nations and our company was involved with a charter in Haiti with the Cruise Vessel M/V Ola Esmeralda. She was on an 8 month charter for the UN/World Food Program for accommodation use in Port au Prince Haiti.

 As an active member of the international ship broker community, associated with BIMCO, we have a vast net of international resources and contacts. We specialize in passenger vessels and are directly connected to operators of fast ferries and through our net of affiliated brokers, including Scandinavian Broking Services in Norway and Pahlsson Shipping Company in the UK, cover 90% of the market of buyers and users of Fjellstrand Catamarans.

We also specialize in startup operations and emerging markets, and have successfully placed used vessels and Fjellstrand factory refurbished vessels in new operations and created sales for this type of vessels by providing management and crew startup support. Most recent successful startup was 2 Fjellstrand vessels sold to a mining operation in Panama.

US Shipbrokers is a competitive passenger vessel broker. Our expertise is derived from years of executive service & ownership in the Cruise & Ferry Industry. Unlike all conventional brokers, we bring an operational clarity and understanding to all of our clients needs. Our relationship does not end with the sale or charter of a vessel. With our knowledge, US Shipbrokers has developed a diverse network of worldwide contacts in all areas of the passenger vessel industry. This is why we have been among the few brokers to have had the privilege to serve both the U.S. and Foreign Governments in their passenger vessel needs. Both for short term emergency needs to long term pre-planned requirements of passenger transport services.

Today, we are able to provide our clients with total marine management and consultancy for all of their maritime needs. We are happy to provide you with references to many of our well known Governmental and Non-Governmental clients

 Espen M Tandberg with his Norwegian shipping background has an acute understanding of the passenger vessel industry, having worked exclusively within this industry since his completion at University of South Florida. He has consulted for numerous large Maritime Law Firms as well as Major Financial Institutions on market analysis. He is often quoted in leading industry publications on market trends within the industry. Espen has both Executive and Ownership experience within the passenger vessel industry. He is also a licensed captain holding both a Panamanian and Honduran Master License. He currently sits on the board of several passenger vessel operations

 Kjell Tandberg brings to the table a diversified experience from financial, insurance and maritime operations. He has served as operational manager as well as executive in Gjensidige, an international insurance company. His experience in the maritime and transport industry includes all facets of practical operation as well as executive positions.

He studied Law at UIO and has a Master of Management (Siviløkonom) from Norwegian School of Management (BI).

Please do not hesitate to contact us and please view our web site for additional information on our company and related news articles on some of our past charter and sales deals!

Warm Regards,

www.usshipbrokers.com

*US Shipbrokers is a competitive passenger vessel broker. Our expertise is derived from years of executive service & ownership in the Cruise & Ferry Industry. Unlike all conventional brokers, we bring an operational clarity and understanding to all of our clients needs. Our relationship does not end with the sale or charter of a vessel. With our knowledge, US Shipbrokers has developed a diverse network of worldwide contacts in all areas of the passenger vessel industry. This is why we have been among the few brokers to have had the privilege to serve both the U.S. and Foreign Governments in their passenger vessel needs. Both for short term emergency needs to long term pre-planned requirements of passenger transport services.*

*Today, we are able to provide our clients with total marine management and consultancy for all of their maritime needs. We are happy to provide you with references to many of our well known Governmental and Non-Governmental clients*