## Blair Brogan

| | |
|---|---|
| **From:** | Kailas, Leo <lkailas@reitlerlaw.com> |
| **Sent:** | Thursday, June 26, 2014 5:30 PM |
| **To:** | Blair Brogan |
| **Cc:** | Michael T. Moore; 'SCOTT NICHOLAS'; 'vasos@traveldynamics.com'; 'george@traveldynamics.com' |
| **Subject:** | RE: M/V Yorktown |

Blair: Explorer Maritime has no objection to the interlocutory sale of the Vessel. Please keep me apprised of further developments.

Thanks for your cooperation.

Leo G. Kailas
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022-4834
Phone (Direct): (212) 209-3012
Mobile: (917) 952-2969
lkailas@reitlerlaw.com

*Please note change in mobile number.
_____

*To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

*This e-mail (including any attachments) is intended only for the exclusive use of the individual[s] to whom it is addressed. The information contained herein or attached hereto may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (212-209-3050) or e-mail and delete all copies of this e-mail and any attachments. Thank you.*

**From:** Blair Brogan [mailto:bbrogan@moore-and-co.com]
**Sent:** Thursday, June 26, 2014 5:14 PM
**To:** Kailas, Leo
**Subject:** FW: M/V Yorktown



*************************************
Blair Brogan, Esq.
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134
Office:  786-221-0600
Direct Dial:  786-924-6213
Facsimile:  786-221-0601
bbrogan@moore-and-co.com
www.moore-and-co.com

*Admitted in Florida and Louisiana.*
*************************************

1



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: bcortes@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.

**From:** Blair Brogan
**Sent:** Thursday, June 26, 2014 11:34 AM
**To:** vasos@traveldynamics.com
**Cc:** Michael T. Moore; Clay Naughton; SCOTT NICHOLAS (nicholasesq@att.net)
**Subject:** M/V Yorktown

Good morning Vasos,

As you may already know, KfW has filed an action in the United States District Court for the Middle District of Florida to foreclose on Explorer Maritime Cruises' preferred ship mortgage on the M/V Yorktown. In an effort to prevent further deterioration of the M/V Yorktown pending final judgment on the case and to stem the further accumulation of custodial expenses while the M/V Yorktown is in the possession of the Court (which fees will have the highest priority upon distribution of the proceeds from a sale of the Vessel), KfW intends to move the Court for an interlocutory sale of the M/V Yorktown. An interlocutory sale would allow the M/V Yorktown to be sold prior to a final judgment on the merits of the foreclosure action, and the proceeds from the sale would be held by the Court in lieu of the Vessel to be distributed upon final disposition of the case. Does Explorer Maritime Cruises object to an interlocutory sale of the M/V Yorktown?

Please let me know if you have any questions in this regard.

Best regards,
Blair

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Blair Brogan, Esq.
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134
Office: 786-221-0600
Direct Dial: 786-924-6213
Facsimile: 786-221-0601
bbrogan@moore-and-co.com
www.moore-and-co.com

*Admitted in Florida and Louisiana.*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE  HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE.  IF  YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: bcortes@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.