**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KFW, a German financial institution,

    Plaintiff,

v.

                                                                 Case No: 3:14-cv-715-J-39JRK

M/V YORKTOWN, Official No. 928931,
a 1988 218.8 ft. (68.38m) cruise ship,
her engines, tackle, rigging, dinghies,
equipment, and other appurtenances to
the Vessel, in rem and EXPLORER
MARITIME CRUISES, LLC, a Delaware
Limited Liability Company, in personam,

    Defendants.
_____/

## ORDER

In accordance with 28 U.S.C. § 636(b) and Local Rule 6.01(b), Plaintiff's Unopposed Motion for Interlocutory Sale of Vessel (Doc. 14) is hereby **REFERRED** to the assigned United States Magistrate Judge for a report and recommendation regarding an appropriate resolution of the motion.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of June, 2014.

                                                  BRIAN J. DAVIS
                                                United States District Judge

mh
Copies furnished to:

The Honorable James R. Klindt,
United States Magistrate Judge

Counsel of Record