UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KFW, a German financial institution,

    Plaintiff,

v.   Case No:  3:14-cv-715-J-39JRK

M/V YORKTOWN, Official No. 928931, a 1988 218.8 ft. (68.38m) cruise ship, her engines, tackle, rigging, dinghies, equipment, and other appurtenances to the Vessel, in rem and EXPLORER MARITIME CRUISES, LLC, a Delaware Limited Liability Company, in personam,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 16; "R&R") entered by the Honorable James R. Klindt, United States Magistrate Judge, on June 26, 2014. The R&R recommends that Plaintiff's Unopposed Motion for Interlocutory Sale of M/V Yorktown (Doc. 14) be granted. In response to the Magistrate Judge's recommendation, the parties filed their Notice of Waiver of Objections (Doc. 17) on July 3, 2014. Accordingly, the matter is ripe for review.

The Court "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions *de novo*. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th

Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM029SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's R&R, the Court accepts and adopts the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED** as the opinion of this Court.

2. Plaintiff's Unopposed Motion for Interlocutory Sale of M/V Yorktown (Doc. 14) is **GRANTED** subject to the instructions given by the Magistrate Judge in the Report and Recommendation (Doc. 16).

**DONE** and **ORDERED** in Jacksonville, Florida this 7th day of July, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record

Leo G Kailas
885 Third Avenue, 20th Floor
New York, New York 10022-4834