UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
"IN ADMIRALTY"

Case Number: 3:14-cv-715-BJD-JRK

KfW, a German corporation

    Plaintiff,

v.

M/V YORKTOWN, Official No. 928931,
a 1988 218.8 ft. (68.38m) cruise ship, her engines,
tackle, rigging, dinghies, equipment, and other
appurtenances to the Vessel, in rem, and Explorer
Maritime Cruises, LLC, a Delaware Limited
Liability Company

    Defendants.
_____/

## PLAINTIFF KFW'S NOTICE OF FILING DECLARATION IN SUPPORT OF ATTORNEY'S FEES

Plaintiff, KFW, by and through undersigned counsel, hereby files the attached Declaration in Support of Attorney's Fees from Defendant, EXPLORER MARITIME CRUISES, LLC, ("Defendant"), attached hereto as Exhibit "A".

Dated: May 12, 2015

                                            Respectfully submitted,
                                            MOORE & COMPANY, P.A.
                                            Counsel for Plaintiff
                                            355 Alhambra Circle, Suite 1100
                                            Coral Gables, FL  33134
                                            Telephone: (786) 221-0600
                                            Facsimile:  (786) 221-0601
                                            Email: bbrogan@moore-and-co.com

                                            /s/ Blair Brogan, Esq.
                                            Blair Brogan, Esq.
                                            Florida Bar No. 95029

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2015, this document was served on all counsel of record via the Court's electronic filing system, CM/ECF.

/s/ Blair Brogan
Blair Brogan, Esq.

## EXHIBIT A - SWORN STATEMENT OF SCOTT WAGNER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Scott Wagner, Esq. states as follows, under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I have been licensed to practice law in the State of Florida since 2005. I am a member of the Florida Bar, the United States District Court for the Southern and Middle Districts of Florida, as well as the First, Third, Ninth, and Eleventh Circuit Court of Appeals. I have been a regular practitioner of maritime law for over 10 years. I have served as the Port Director for Miami for the Southeastern Admiralty Law Institute; I am the Vice Chair of the Admiralty Law Committee for the Florida Bar and am the head litigation partner with the law firm of Moore and Company, located at 355 Alhambra Circle Suite 1100, Coral Gables FL 33134.

2. I am familiar with the fees that are customarily charged by attorneys, paralegals, and legal assistants and allowed by the court, and know the reasonable value of such legal work.

3. I was asked to review the file and render an opinion on the amount of attorney's fees charged in the above-styled action by Moore & Co., P.A.

4. I have looked over the court records for review of the history of the instant case and have spoken with counsel about this *in rem* action and the underlying proceedings. I have also reviewed the fee invoices generated in this matter.

5. I have had an opportunity to review the billing rates for all attorneys and paralegals assigned to the matter. The rates charged by the Moore and Company firm are those that are set forth in the contract with their client. The client paid for those services. The billing rates charged in the instant action are:

| Attorney | Hourly Rate |
| --- | --- |
| Michael Moore | $534.08 |

1

| | |
|---|---|
| Amber Ferry | $325.00 |
| Clay Naughton | $325.00 |
| Blair Brogan | $190.00 |
| Felipe Jaramillo | $190.00 |
| David Sanchez | $167.55 |
| Monica Diaz | $160.00 |

6.  Mr. Moore is the Founder and Managing Partner of Moore & Co. He is a Board Certified admiralty lawyer with considerable experience who has consistently represented lenders and owners of both commercial and recreational vessels for almost forty years. His expertise in the maritime law industry includes all types of litigation concerning the arrest of vessels pursuant to federal admiralty law, especially those for maritime liens and the foreclosure of First Preferred Ship's Mortgages.

7.  I have knowledge that Mr. Moore has served as the chairman of The Florida Bar Admiralty Law Committee, has been selected as a Florida Super Lawyer by Law and Politics Magazine, selected by his peers for inclusion in The Best Lawyers in America, and selected as a Top Lawyers in South Florida by the South Florida Legal Guide. Mr. Moore is also a member of Who's Who in American Law and a Fellow of the American Bar Association and is "AV" rated.

8.  Amber Ferry is a graduate of the University of Miami School of Law where she specialized in the study of maritime law. Ms. Ferry has almost ten years of experience in civil litigation across numerous topics within the specialized field of maritime law. Ms. Ferry worked for Moore & Co., P.A. for over six years where she gained extensive experience in litigation related to

1

the enforcement of maritime mortgages and liens.

9. Clay Naughton attended Tulane University Law School, where he pursued a course of study in one of the most extensive and respected Admiralty Law curriculum in the United States and received his Juris Doctor, as well as a Certificate in Maritime Law. As an attorney at Moore & Co., P.A. Mr. Naughton gained extensive experience in maritime litigation, including the arrest of vessels, foreclosure of mortgages, warranty disputes, and various other contractual issues. Mr. Naughton is a member in good standing of the Florida Bar, the U.S. District Court for the Southern District of Florida, the U.S. District Court for the Middle District of Florida, the United States Court of Appeals for the Eleventh Circuit, the Dade County Bar Association, the Federal Bar Association, among other organizations.

10. Blair Brogan is a 2010 magna cum laude graduate of Tulane University Law School. Ms. Brogan earned a Certificate in Maritime and Admiralty Law from Tulane's internationally respected Maritime Law Center. Ms. Brogan also served as Senior Articles Editor of the Tulane Maritime Law Journal, the premier student-edited maritime law journal in the United States. Ms. Brogan is a member in good standing of the Louisiana Bar and the Florida Bar. Ms. Brogan has worked for Moore & Co. for over four years where she has handled numerous litigation matters in federal court, including disputes related to the arrest of vessels, all within the maritime field.

11. Felipe Jaramillo is a cum laude graduate of University of Florida Levin College of Law. While attending the Frederic G. Levin College of Law, Mr. Jaramillo concentrated his studies on international and business law. Mr. Jaramillo is a member in good standing of the Florida Bar and has experience in the detailed legal research of maritime issues.

2

12. David Sanchez is a paralegal with many years of experience in civil litigation and other areas of law. Mr. Sanchez graduated with a degree in political science from the University of Florida. Mr. Sanchez studied for a Paralegal Certificate at the University of Miami and continued at Barry University. Since graduating as a paralegal, Mr. Sanchez has accumulated substantial experience in assisting in civil litigation, both in federal and state courts.

13. Monica Diaz is a paralegal with over eight years of experience in the legal field. Ms. Diaz specializes in due diligence documentation and assists in all aspects of closing transactions involving the purchase and sale of vessels.

14. The hourly rates quoted above are the normal rates charged by Moore & Co. for this type of work and are reasonable in the community. Moore & Co. has established a practice in the commercial and recreational vessel industries, and due to its reputation and abilities, the firm is able to command and charge these reasonable fees due to the nature of the work, the type of clients, the amounts of money involved, and the skill, expertise and results obtained by their firm.

15. A review of the file and the docket sheet shows that this was a complex matter that ordinary lawyers could not achieve and required a considerable number of hours expended in the pursuit of this claim. This was a case that required substantial skill in the field of maritime law.

16. The reasonableness of the requested attorney's fee was arrived at after consideration of the customary fees in the community for similar services, the time spent on similar matters, the attorneys' experience in maritime matters, the skill displayed by the attorneys, and the amount of responsibility assumed by the attorneys in connection with the matter.

17. I have considered all of the factors and Rule 4-1.5(b) of the Rules regulating the

Florida Bar. After a review of the file, it is my opinion that the above quoted rates are reasonable for the services provided in this case. It is also my opinion that the total amount of hours expended were a reasonable amount for the work that was required in this intricate vessel arrest action. Based on the foregoing, I am of the opinion that the charges were reasonable and appropriate for the services rendered by the law firm of Moore & Co., P.A.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Executed on this May 12, 2015 at Coral Gables, Florida.

_____
Scott Wagner, Esq.

4